**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nintendo of America Inc.

Plaintiff,

v.

Case No.: 1:26−cv−10730
Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 9, 2026:

MINUTE entry before the Honorable Manish S. Shah: The motion to file under seal [4] is granted, but the motion for an ex parte TRO and expedited discovery [12] is denied, and no appearance on 9/10/26 is necessary. This court declines to consider ex parte sealed filings in these "Schedule A" cases involving this many defendants. The sealed filings in such cases are too burdensome to review and plaintiff's boilerplate concerns about defendants redirecting account information and assets if proceedings are not ex parte or sealed have lost persuasive force (even though supported by anecdotal experience of counsel) when balanced against the public right to court access. Going forward, more than 10 defendants or more than 60 pages of sealed exhibits is probably too many for prompt review. Without the benefit of adversarial presentation, this court declines to make a definitive judgment about joinder, but tentatively doubts that defendants selling stickers should be joined with defendants selling magnetic building blocks. Plaintiff can either renew the request for an ex parte TRO against fewer defendants or renew a public unsealed request limited to one for early discovery to determine defendants' addresses so plaintiff can serve defendants with a summons and complaint. But if plaintiff insists on pursuing all defendants listed in its Schedule A in this case, no injunctive relief will issue without notice to defendants and unsealing filings. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.