**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NINTENDO OF AMERICA INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 26-cv-10730<br><br>**Judge Manish S. Shah** |

**ORDER AUTHORIZING EXPEDITED DISCOVERY**

THIS CAUSE being before the Court on Plaintiff Nintendo of America Inc.'s ("Plaintiff" or "NOA") Motion for Expedited Discovery (the "Motion") against the Partnerships and Unincorporated Associations ("Defendants") identified in Schedule A to the Complaint and attached hereto (the "Online Marketplaces"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion. Accordingly, this Court orders that:

1. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for the Defendants, or in connection with the Online Marketplace, including, without limitation, any online marketplace platforms such PayPal, Inc. ("PayPal"), Amazon.com, Inc. ("Amazon"), and Walmart, Inc. ("Walmart") (the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to disclose the identities and locations of Defendant, its affiliates, officers, agents, servants, employees, attorneys, confederates, and any persons acting in concert or participation with it, including all known contact

information and all associated e-mail addresses and identifying information associated with the Online Marketplaces and Defendants' financial accounts.

2. Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33 and 34, to request the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses. Plaintiff is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within seven (7) calendar days of being served via e-mail.

Dated this 15th day of September 2026.

Manish S. Shah
United States District Judge

**Nintendo of America Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 26-cv-10730**

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| **No.** | **URL** | **Name / Seller Alias** |
| 1 | amazon.com/sp?seller=A3VWLCQ8WF6TSZ | 88YUN |
| 2 | amazon.com/sp?seller=A22YCDF1FJRWJP | aioklcy |
| 3 | amazon.com/sp?seller=A20TFX64PGWL2G | Alaxry |
| 4 | amazon.com/sp?seller=A24LZ8F7DL2MLF | AnQingKeSouShangMaoYouXianGongSi |
| 5 | amazon.com/sp?seller=ABAP1B2Q3KCQ8 | Artdoor |
| 6 | amazon.com/sp?seller=A2LT3D54UAW678 | BBAC store |
| 7 | amazon.com/sp?seller=A1TPVQLHDGP1N3 | Boylle |
| 8 | amazon.com/sp?seller=A1DR9WXGPBK9PP | Bstar Tech |
| 9 | amazon.com/sp?seller=A2VQZP4GHL2UGW | BSUa281 |
| 10 | amazon.com/sp?seller=A24SWLHR7ZME10 | C OOTD |
| 11 | amazon.com/sp?seller=A35RQ5TBCM5II5 | CHEERWELL Store |
| 12 | amazon.com/sp?seller=A20GOH92L1114T | Coowee |
| 13 | amazon.com/sp?seller=A1U4ZJAAKDZQPX | Dangcun |
| 14 | amazon.com/sp?seller=A3NP140PZIN8WR | Daoyehsy |
| 15 | amazon.com/sp?seller=A3AKFCHJ13V03R | Designruler |
| 16 | amazon.com/sp?seller=A1GXTNO1UJKKII | DRILL HHS |
| 17 | amazon.com/sp?seller=A28LTD2IG2GRKT | Fcelery |
| 18 | amazon.com/sp?seller=AFMTZ0G8TI1WU | Felskin |
| 19 | amazon.com/sp?seller=A1NIORK0RGQ0MN | Fiyrhfq |
| 20 | amazon.com/sp?seller=A2JYUM018IJTQL | FJZFC |
| 21 | amazon.com/sp?seller=A22PJ6L7FQIJV8 | FUNLIFE-US |
| 22 | amazon.com/sp?seller=A3FHM0T2T5K0HT | GALLIA US |
| 23 | amazon.com/sp?seller=A11EFYCOTFHRJ8 | GAmer |
| 24 | amazon.com/sp?seller=A3MRQA388VOXL8 | Garetheora |
| 25 | amazon.com/sp?seller=A22UQGDMRO7OS0 | GDSYDSHHZ |
| 26 | amazon.com/sp?seller=A38YEUD6SLO13W | glimshamfe |
| 27 | amazon.com/sp?seller=A3RYTGKLN33S5Q | Glomingle |
| 28 | amazon.com/sp?seller=A2O7HAEEW31ER6 | guangzhoujiatieshangmaoyouxiangongsi |
| 29 | amazon.com/sp?seller=A1D4F3AIUGB6VN | guangzhouyikeyunshangmaoyouxiangongs i |
| 30 | amazon.com/sp?seller=A1P9EWN9P6MIP0 | HARTMENN |
| 31 | amazon.com/sp?seller=A2ZKC0DM0ZRYVY | HECAT |
| 32 | amazon.com/sp?seller=AIWRXEP9X6GA4 | Hedbitoyo |
| 33 | amazon.com/sp?seller=A1J05C39FH4UY1 | hengzhida |

| | | |
|---|---|---|
| 34 | amazon.com/sp?seller=AK2MK7OTOSVG4 | HILLTOP CREATIVE TOYS |
| 35 | amazon.com/sp?seller=A1JHQK9MGBVHOT | HOWARDwenhao |
| 36 | amazon.com/sp?seller=A3EACY6MKH9IVQ | KITCHSTAR OFFICIAL |
| 37 | amazon.com/sp?seller=A33EWTM12YQGA9 | Lasveguas |
| 38 | amazon.com/sp?seller=A3UDJBZHSIEJO6 | Lidan-us |
| 39 | amazon.com/sp?seller=A15S8PJ8AWW2UA | lusource |
| 40 | amazon.com/sp?seller=A3KL29CKL1B19R | LYHBHLSBLD |
| 41 | amazon.com/sp?seller=A27KHZD10TG39C | LYYCLFQ |
| 42 | amazon.com/sp?seller=A294AEPDQ1MR5L | MinSnow |
| 43 | amazon.com/sp?seller=A2P8GA523BWMAA | Nekohle |
| 44 | amazon.com/sp?seller=A246X1JKUUPTCK | NHSM Metalworking -US |
| 45 | amazon.com/sp?seller=A2QA4GSDAJ5NNB | NICEKIDS |
| 46 | amazon.com/sp?seller=A3QMJP94LC8D30 | nozeng |
| 47 | amazon.com/sp?seller=A2D3UDUU66EHZA | OuGuan Ltd |
| 48 | amazon.com/sp?seller=AW6ZJ2N7JKE1B | PUVKVE Official |
| 49 | amazon.com/sp?seller=AX5DWI8NZZBO2 | QTR Coser |
| 50 | amazon.com/sp?seller=A2TTXJZO0K4IFU | sexyhorse |
| 51 | amazon.com/sp?seller=A2AV1TQD9P5CXX | SHEjuan |
| 52 | amazon.com/sp?seller=A10ER6VGJP1QAY | Shenzhensitengmaoyiyouxiangongsi |
| 53 | amazon.com/sp?seller=ALXAJ92GB9JVZ | SHI1715 |
| 54 | amazon.com/sp?seller=A10WCEYXVAB08F | SoleilNoir |
| 55 | amazon.com/sp?seller=A3UZ9NZ7K0H97V | SSAWER |
| 56 | amazon.com/sp?seller=A14UITL7OQ7TN3 | STEM MATCH |
| 57 | amazon.com/sp?seller=A2W7SS3Q9I6OZY | tesinterest |
| 58 | amazon.com/sp?seller=A2J6U58MGE3QLY | TONGLESD |
| 59 | amazon.com/sp?seller=A31Q4R9NE414U7 | UiUoU |
| 60 | amazon.com/sp?seller=A1SHPSTJYNLR77 | Uixitoil |
| 61 | amazon.com/sp?seller=AKZ7VUN38YJAO | UYHNKJS |
| 62 | amazon.com/sp?seller=A1UGKLVBFJXX6W | Vziimo |
| 63 | amazon.com/sp?seller=AGXKUSIMZ7PT5 | VZZNN |
| 64 | amazon.com/sp?seller=A27TDT0UXY0MZL | WANVAE |
| 65 | amazon.com/sp?seller=A1Q1YNI5QVUBEI | WFSZC |
| 66 | amazon.com/sp?seller=A3RDZPFPAN7POR | Wlyosvje |
| 67 | amazon.com/sp?seller=AYERGH3JFY4LI | WW88 |
| 68 | amazon.com/sp?seller=AV4AEDP4I5R0N | XiaMenShiHuLiQuZhanHaiNongBaiHuoS hangHangGeRenDuZi |
| 69 | amazon.com/sp?seller=A27T42AZLY4OAJ | XSMIN |
| 70 | amazon.com/sp?seller=A29KSBL3W0MAK0 | Xuancheng US |
| 71 | amazon.com/sp?seller=A215G8V4Y37V3V | XXMML |
| 72 | amazon.com/sp?seller=A34YAXPHJ28WY5 | YAPAITAO |
| 73 | amazon.com/sp?seller=ABQOVDVABTNNJ | Yesavuz |

| | | |
|---|---|---|
| 74 | amazon.com/sp?seller=ARZDOMQ871VEQ | YINFENGKANHAI |
| 75 | amazon.com/sp?seller=A16OMIASZC8L6F | YINGXIANG |
| 76 | amazon.com/sp?seller=A3FL8WBJPCB20T | YongAi2018 |
| 77 | amazon.com/sp?seller=A310QTO8XPINKS | Youkali Garden |
| 78 | amazon.com/sp?seller=A1L2AT609IUEJ6 | Zhang Xiaowei |
| 79 | amazon.com/sp?seller=AN8CWWO8PU65K | ZhaoShengDa Tech |
| 80 | amazon.com/sp?seller=AUS3K2TBTMSG5 | zilemondDirect |
| 81 | amazon.com/sp?seller=A1VK7KHY4QLMJN | zuiyi |
| 82 | walmart.com/seller/102748228 | BeaurGrevio |
| 83 | walmart.com/seller/102809095 | eyomoro |
| 84 | walmart.com/seller/103139857 | JHC Tech |
| 85 | walmart.com/seller/102506635 | Maosu Electronics |
| 86 | walmart.com/seller/102761316 | Michtou |
| 87 | walmart.com/seller/101223808 | SUEE |
| 88 | walmart.com/seller/102495591 | Three-member trade |
| 89 | walmart.com/seller/101263057 | uiuoutoy |
| 90 | walmart.com/seller/103123782 | xingyu |
| 91 | walmart.com/seller/103141174 | XNY Tech |
| 92 | walmart.com/seller/102848502 | Yilstone E-commerce |